

| Stephen Grant | **CENTRAL VIOLATIONS BUREAU** | Ted Willmann |
|---|---|---|
| Division Chief | P.O. Box 780549<br>San Antonio, TX 78278 | Branch Chief<br>(800) 827-2982<br>FAX: (210) 301-6401 |

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext.

**District:** CALIFORNIA EASTERN

**Location Code:** CA76

**ECF Case Number:** 6:23-PO-00346-HBK
**Citation Number(s):** E1167270

| | | |
|---|---|---|
| YOSE | **Hearing Site** | The location where the citation is scheduled. |
| 10/17/2023 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Citation issued to registered owner of unoccupied vehicle. Rental company provided information for the renter at the time of the violation. We will be issuing a new citation to the renter. ECF Case Number: 6:23-PO-00346-HBK  The action on this case (e.g. dismissal) should be processed in CM/ECF. Please use the CVB Events or CVB Disposition Docket.

| | Refund Approved | /s/ JOHN SEYMER | 11/16/2023 |
|---|---|---|---|
| X | Void/Dismissal Approved | | Date |

Further action to be taken by CVB or Agency, please specify:  The Clerk shall recall the warrant and place a copy of this request in the docket.   The Court dismisses this case w/o prejudice.  The Clerk shall close this case on CM/ECF.

Ordered this  20th  Day of  November  20 23

/s/ Helena M. Barch-Kuchta

U.S. Magistrate Judge    Judge Code

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 1167270 | Fitzgerald | 1276 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/21/2023 1120
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.12
Place of Offense: Church Bowl
Offense Description: Factual Basis for Charge: TCD - No Parking
HAZMAT ☐

### DEFENDANT INFORMATION
Phone: ( )
Last Name: PV Holding Corp
First Name:
M.I.:
Street Address: 9555 NE Airport Way
City: Portland   State: OR   Zip Code: 97220
Date of Birth:
Drivers License No.:   CDL ☐   D.L. State:   Social Security No.:

☐ Adult ☐ Juvenile   Sex ☐ Male ☐ Female   Hair:   Eyes:   Height:   Weight:

### VEHICLE
VIN: KMTG34TAXNU097285   CMV ☐
Tag No.: 039 NEY   State: OR   Year: 22   Make/Model: Genesis   PASS ☐   Color: WHT

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

20230621-028

$100.00 Forfeiture Amount
+ $30 Processing Fee
$130.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:   Date:   Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Left on vehicle

Original - CVB Copy

*E1167270*

CVB SCAN 08/08/2023 14:54

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/21/2023   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/08/2023 14:54